FORM 26.  Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1462

**Short Case Caption:** ImmerVision, Inc. v. Apple Inc.

**Filing Party** ImmerVision, Inc.

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Whether the district court erred as a matter of law by granting a motion for judgment on the pleadings against the sole apparatus claim at issue where the apparatus is modified by a means element and adjudged an invalid "single means" claim due to lack of enablement.

Relief awarded below (if damages, specify):    ☐ None/Not Applicable

Judgment in favor of Apple via invalidity of the asserted patent claim.

Briefly describe the judgment/order appealed from:

Final judgment of invalidity of the sole asserted patent claim upon adopting the magistrate judge's recommendation to grant Apple's motion for judgment on the pleadings

| Nature of Judgment (select one:) | Date of Judgment: 02/11/2026 |
|---|---|

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type)  _____
☐ Other (explain)  _____

Date: 3/3/2026

Signature: John D. Simmons

Digitally signed by John D. Simmons
Date: 2026.03.03 09:59:22 -05'00'

Name: John D. Simmons