FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CORRECTED**        **ENTRY OF APPEARANCE**

**Case Number:** 2026-1462

**Short Case Caption:** ImmerVision, Inc. v. Apple Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

ImmerVision, Inc.

| | |
|---|---|
| **Principal Counsel:** John David Simmons | Admission Date: 05/29/2007 |
| Firm/Agency/Org.: Panitch Schwarze Belisario & Nadel LLP | |
| Address: Delaware Corporate Center, 1 Righter Parkway, Suite 220, Wilmington, DE 19803 | |
| Phone: (302) 394-6001 | Email: jsimmons@panitchlaw.com |
| **Other Counsel:** Dennis James Butler | Admission Date: 03/22/2011 |
| Firm/Agency/Org.: Panitch Schwarze Belisario & Nadel LLP | |
| Address: Delaware Corporate Center, 1 Righter Parkway, Suite 220, Wilmington, DE 19803 | |
| Phone: (302) 394-6001 | Email: dbutler@panitchlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 3/4/26

Signature: /s/ John D. Simmons

Name: John D. Simmons

**FORM 8A. Entry of Appearance**

Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Keith Aaron Jones | Admission Date: 10/19/2015 |
| Firm/Agency/Org.: Panitch Schwarze Belisario & Nadel LLP | |
| Address: Two Commerce Square, 2001 Market Street, Suite 2800, Philadelphia, PA 19103 | |
| Phone: (215) 965-1379 | Email: kjones@panitchlaw.com |
| **Other Counsel:** Philip L. Hirschhorn | Admission Date: 05/21/2002 |
| Firm/Agency/Org.: Panitch Schwarze Belisario & Nadel LLP | |
| Address: Two Commerce Square, 2001 Market Street, Suite 2800, Philadelphia, PA 19103 | |
| Phone: (215) 965-1257 | Email: phirschhorn@panitchlaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |